# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGG WHITFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-786-FHM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's unopposed motion to reverse and remand to the Commissioner for further administrative proceedings (Doc. 27 ). Upon examination of the merits, it is hereby ORDERED, ADJUDGED AND DECREED that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will evaluate the medical opinion evidence and provide an appropriate explanation for accepting or rejecting such opinion evidence in accordance with 20 C.F.R. § 404.1527 and SSRs 96-2p and 96-6p. In particular, the ALJ should provide specific reasons for accepting or rejecting Dr. Raymond Sorenson's treating physician's opinion, Dr. Ashley Gourd's consultative opinion, and the State agency physicians' opinions . In doing so, the ALJ should state the weight given to such opinion evidence.  If necessary, the ALJ should re-contact Plaintiff's treating physician and/or obtain a supplemental consultative physical examination. Finally, on remand, the ALJ will consolidate this claim with Plaintiff's subsequent application that

he filed March 29, 2011 and issue a new decision.

THUS DONE AND SIGNED on this 7th day of October, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE